UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SYDNEY VEGODA, | ) | CASE NO. 4:17cv761 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| STUDENT GOVERNMENT ASSOCIATION ELECTIONS BOARD, et al., | ) ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

On November 3, 2017, the Court issued a memorandum opinion and order granting, in part, the motion of defendants to dismiss plaintiff Sydney Vegoda's amended complaint. (Doc. No. 8 ["MOO"].) In its decision, the Court dismissed defendant Youngstown State University but permitted the case to go forward against defendant Karen Becker in her official capacity for prospective injunctive relief. (*Id*. at 53.) However, in its MOO, the Court also instructed Vegoda to provide the U.S. Marshal with six copies of the amended complaint and a completed U.S. Marshal form for the remaining defendant within 30 days of the filing of the MOO so that the U.S. Marshal could complete service. (*Id*. at 53-54.) Further, Vegoda was cautioned that "[if she] does not comply [with the terms of this MOO], this case will be dismissed without further notice." (*Id*. at 54.)

A review of the record reveals that Vegoda has failed to provide the Clerk with the required copies and service forms, and the time for complying with the Court's MOO has passed.

Accordingly, this case is dismissed. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED**.


Dated: June 26, 2019

                                              **HONORABLE SARA LIOI**
                                              **UNITED STATES DISTRICT JUDGE**